1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA  94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  JOHN A. ROWLAND (SBN 43862)
   ROPERS, MAJESKI, KOHN & BENTLEY
6  201 Spear Street, Suite 1000
   San Francisco, California 94105
7  Telephone:  (415) 543-4800
   Facsimile:  (415) 274-6301
8  E-mail:  jrowland@ropers.com

9  Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON STARKS, | CASE NO.  CV 06-1859 FCD-DAD |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and Does 1 through 30, Inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff MARLON STARKS and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective counsel of record herein, that the above-captioned matter be dismissed with prejudice as to all Defendants.  Each party shall bear its own fees and costs

- 1 -   STIPULATION AND ORDER OF DISMISSAL OF
       ACTION WITH PREJUDICE
       CV 06-1859 FCD-DAD

Dated: August ____, 2007     GUENARD & BOZARTH, LLP


By: _____
    ROSS BOZARTH
    Attorneys for Plaintiff
    MARLON STARKS

Dated: August ____, 2007     WALDRON & OLSON, LLP


By: _____
    DAVID I. LIPSKY
    Attorneys for Plaintiff
    MARLON STARKS

Dated: August _____, 2007     ROPERS, MAJESKI, KOHN & BENTLEY


By: _____
    JOHN A. ROWLAND
    PAMELA E. COGAN
    ROBERT M. FORNI
    Attorneys for Defendant, LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

## **ORDER**

**IT IS HEREBY ORDERED** that this action shall be, and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: September 11, 2007

By: _____
    Honorable Frank C. Damrell, Jr.
    United States District Court Judge